UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Vadym Chernets,

                Plaintiff,

  - against -

Google LLC; Microsoft Corporation; X.AI Corp; Openai, Inc.; Anthropic, PBC; Perplexity AI, Inc.; Meta Platforms, Inc.; Mistral AI; Deepseek A; Alibaba Cloud; Samsung Electronics; Amazon.com, Inc.; and Apple Inc.;

                Defendants.
----------------------------------------------------------------X

**ORDER**

No. 25-CV-5691 (RER) (RML)

**RAMÓN E. REYES, JR., District Judge:**

    Notwithstanding this Court's Individual Practice Rule that premotion conferences are not required in cases in which one or more parties are proceeding *pro se*, the Court directs that if any Defendant intends to move to dismiss, rather than file a motion, they must file a premotion letter.

    The parties are directed to follow Section IV of this Court's Individual Practice Rules. As stated in Section IV, Plaintiff is required to serve and file a letter response within five (5) business days of service of the moving party's letter. The response shall not exceed three (3) pages.

    SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR,
United States District Judge

Dated: December 19, 2025
       Brooklyn, New York