**Orders on Motions**
<u>1:25-cv-05691-RER-RML Chernets v. Google LLC et al</u>
**U.S. District Court**
**Eastern District of New York**
**Notice of Electronic Filing**
**The following transaction was entered on 1/23/2026 at 11:38 AM EST and filed on 1/23/2026**
**Case Name:** Chernets v. Google LLC et al
**Case Number:** <u>1:25-cv-05691-RER-RML</u>
**Filer:**
**Document Number:** 49

**Docket Text:**
**ORDER granting [30] [32],[33],[34],[36] and [37] Motion for Pre Motion Conference. Video Pre Motion Hearing set for 1/27/2026 at 12:00 PM before Judge Ramon E. Reyes, Jr. The parties shall appear by video using the ZOOM.gov link sent to the email addresses listed on the docket, and all other participants may join by phone using dial in # 1 646 828 7666 US (New York), Meeting ID: 160 3343 2842, Passcode: 297706. Ordered by Judge Ramon E. Reyes, Jr on 1/19/2026. (MV)**


**1:25-cv-05691-RER-RML Notice has been electronically mailed to:**

**Gary Drew Friedman** gfriedman@seyfarth.com, NYCdocket@seyfarth.com

**Dennis C. Hopkins** dhopkins@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com

**John W. Egan** jegan@seyfarth.com, NYCDocket@seyfarth.com, johnegan055@gmail.com

**Geoffrey S Brounell** geoffreybrounell@dwt.com, jodisavitsky@dwt.com, nycdocket@dwt.com

**Loly Garcia Tor** loly.tor@klgates.com, klgateseservice@klgates.com, sherry.pitt@klgates.com

**Alison Epperson** aepperson@orrick.com

**Stephen Blake** sblake@stblaw.com

**LaMarte Williams, Jr.** LaMarteWilliams@perkinscoie.com

**Shidi Wu** wendy.wu@stblaw.com

**Grace Y. Yang** gyang@conmetkane.com

**1:25-cv-05691-RER-RML Notice will not be electronically mailed to:**

**Vadym Chernets**
**760 East 10th Street 2G**
**Brooklyn, NY 11230**