# CIVIL MINUTE CALENDAR

**Before EDNY (Brooklyn), U.S. District Judge Ramón E. Reyes, Jr.**

**Date: January 27, 2026****Time in Court: 7 minutes**

**Docket Number: 25-cv-05691**

**Case Title: Chernets v. Google LLC et al**

**Court Reporter: N/A****Time Log: RER Webex Audio**

**Law Clerk: KP**

**Plaintiff(s)/Petitioner represented by: Dr. Vadym Chernets (did not appear)**

**Defendant(s)/Respondent represented by:**

**LaMarte Williams, Jr. (Google LLC); Geoffrey S. Brounell (Microsoft Corporation); Grace Y. Yang (Anthropic, PBC); Alison Epperson and Jacob M. Heath (Meta Platforms, Inc.); Stephen Blake (Alibaba Cloud); Loly Garcia Tor (Amazon.com, Inc.); and Gary Drew Friedman and John W. Egan (Apple Inc.)**

**Type of Hearing Held: Premotion Hearing**

**Pending Motion(s): N/A**

**TEXT:**

Conference held. LaMarte Williams, Jr. appeared on behalf of Google LLC; Geoffrey S. Brounell appeared on behalf of Microsoft Corporation; Grace Y. Yang appeared on behalf of Anthropic, PBC; Alison Epperson and Jacob M. Heath appeared on behalf of Meta Platforms, Inc.; Stephen Blake appeared on behalf of Alibaba Cloud; Loly Garcia Tor appeared on behalf of Amazon.com, Inc.; and Gary Drew Friedman and John W. Egan appeared on behalf of Apple Inc. Dr. Chernets did not appear. Discussions held. Briefing of Defendants' motions to dismiss will be on following schedule. Defendants shall file and serve their briefs by March 30, 2026; Plaintiff shall file and serve his oppositions by May 14, 2026; and Defendants shall file and serve their replies by June 4, 2026.

Contact the E.S.R., Dept. at (718) 613-2590 to order the transcript.