| | |
|---|---|
| Dr. VADYM CHERNETS,<br><br>     Plaintiff,<br><br> -against-<br><br>GOOGLE LLC; MICROSOFT CORPORATION; X.AI CORP.; OPENAI, INC.; ANTHROPIC, PBC; PERPLEXITY AI, INC.; META PLATFORMS, INC.; MISTRAL AI; DEEPSEEK AI; ALIBABA CLOUD; SAMSUNG ELECTRONICS; AMAZON.COM, INC.; APPLE INC.,<br><br>     Defendants. | Case No. 1:25-cv-05691-RER-RML<br><br>Hon. Ramon E. Reyes, Jr., U.S.D.J<br>Hon. Robert M. Levy, U.S.M.J. |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Dr. Vadym Chernets, *pro se*, ("Plaintiff" or "Chernets") and Defendant Mistral AI Inc. ("Defendant" or "Mistral"), by undersigned counsel, that, in light of the confidential settlement between the parties, all claims asserted against Mistral in the above-action action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees as between them.

This Stipulation applies only to Mistral, and the action shall continue as against the remaining defendants.

Dated: New York, New York  
       April \_\_\_, 2026

Respectfully submitted,

By: _____  
Vadym Chernets  
760 East 10th Street 2G  
Brooklyn, NY 11230  
info@polyhelper.ai

*Plaintiff, pro se*

By: _____  
Avi Weitzman  
Paul Hastings LLP  
200 Park Avenue  
New York, New York 10166  
Telephone: 1(212) 318-6000  
Facsimile: 1(212) 319-4090  
aviweitzman@paulhastings.com

*Attorney for Mistral AI Inc.*

Dated: New York, New York
April 27, 2026

Respectfully submitted,

By: _____

Vadym Chernets
760 East 10th Street 2G
Brooklyn, NY 11230
info@polyhelper.ai

*Plaintiff, pro se*

By: _____

Avi Weitzman
Paul Hastings LLP
200 Park Avenue
New York, New York  10166
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090
aviweitzman@paulhastings.com

*Attorney for Mistral AI Inc.*