**UNITED STATES U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Dr. VADYM CHERNETS, | Case No. 1:25-cv-05691-RER-RML |
| Plaintiff, | |
| | Hon. Ramon E. Reyes, Jr., U.S.D.J |
| -against- | Hon. Robert M. Levy, U.S.M.J. |
| GOOGLE LLC; MICROSOFT CORPORATION; X.AI CORP.; OPENAI, INC.; ANTHROPIC, PBC; PERPLEXITY AI, INC.; META PLATFORMS, INC.; MISTRAL AI; DEEPSEEK AI; ALIBABA CLOUD; SAMSUNG ELECTRONICS; AMAZON.COM, INC.; APPLE INC., | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY

STIPULATED AND AGREED, by and between Plaintiff Dr. Vadym Chernets, *pro se*, ("Plaintiff"

or "Chernets") and Defendant Mistral AI Inc. ("Defendant" or "Mistral"), by undersigned counsel,

that, in light of the confidential settlement between the parties, all claims asserted against Mistral

in the above-action action be dismissed with prejudice, with each party to bear its own costs and

attorneys' fees as between them.

This Stipulation applies only to Mistral, and the action shall continue as against the

remaining defendants.

Dated: New York, New York
April 27, 2026

Respectfully submitted,

By: _____
Vadym Chernets
760 East 10th Street 2G
Brooklyn, NY 11230
info@polyhelper.ai

*Plaintiff, pro se*

By: _____
Avi Weitzman
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 319-4090
aviweitzman@paulhastings.com

*Attorney for Mistral AI Inc.*

Dated: New York, New York
April 27, 2026

Respectfully submitted,

By: _____

Vadym Chernets
760 East 10th Street 2G
Brooklyn, NY 11230
info@polyhelper.ai

*Plaintiff, pro se*

By: _____

Avi Weitzman
Paul Hastings LLP
200 Park Avenue
New York, New York  10166
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090
aviweitzman@paulhastings.com

*Attorney for Mistral AI Inc.*