|  |  |
|---|---|
| Dr. VADYM CHERNETS,<br><br>Plaintiff,<br><br>-against-<br><br>GOOGLE LLC; MICROSOFT CORPORATION; X.AI CORP.; OPENAI, INC.; ANTHROPIC, PBC; PERPLEXITY AI, INC.; META PLATFORMS, INC.; MISTRAL AI; DEEPSEEK AI; ALIBABA CLOUD; SAMSUNG ELECTRONICS; AMAZON.COM, INC.; APPLE INC.,<br><br>Defendants. | Case No. 1:25-cv-05691-RER-RML<br>Hon. Ramon E. Reyes, Jr., U.S.D.J.<br>Hon. Robert M. Levy, U.S.M.J. |

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Dr. Vadym Chernets, *pro se,* ("Plaintiff" or "Chernets") and Defendant Perplexity AI, Inc. ("Defendant" or "Perplexity"), by undersigned counsel, that, in light of the confidential settlement between the parties, all claims asserted against Perplexity in the above-captioned action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees as between them.

This Stipulation applies only to Perplexity, and the action shall continue as against the remaining defendants.

Dated: New York, New York
May 13, 2026

Respectfully submitted,

By: _____
Vadym Chernets
760 East 10th Street 2G
Brooklyn, NY 11230
info@polyhelper.ai
***Plaintiff, pro se***

By: _____
John C. Quinn, Esq.
Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
jquinn@heckerfink.com
***Attorney for Defendant Perplexity AI, Inc.***