GRACE YANG (CA Bar No. 286635)
WILLIAM J. COOPER (CA Bar No. 304295)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: gyang@conmetkane.com
       wcooper@conmetkane.com

*Attorneys for Defendant Anthropic, PBC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

BROOKLYN DIVISION

| | |
|---|---|
| DR. VADYM CHERNETS, | CASE NO. 1:25-CV-05691-RER-RML |
| Plaintiff, | |
| v. | **JOINT STIPULATION BETWEEN PLAINTIFF VADYM CHERNETS AND DEFENDANT ANTHROPIC, PBC TO DISMISS ALL CLAIMS AGAINST DEFENDANT ANTHROPIC, PBC WITH PREJUDICE AND [PROPOSED] ORDER** |
| GOOGLE, LLC, et al., | |
| Defendants. | |

WHEREAS on October 9, 2025, Plaintiff Dr. Vadym Chernets ("Plaintiff") filed his Complaint in the above-captioned matter against Defendants Google LLC, The Microsoft Corporation, X.AI Corporation, OpenAI, Inc., Anthropic, PBC, Perplexity AI, Inc., Meta Platforms, Inc., Mistral AI, Deepseek AI, Alibaba Cloud US LLC, Samsung Electronics, Amazon.com, Inc, and Apple Inc.; and

WHEREAS Plaintiff and Defendant Anthropic, PBC have reached a resolution of their disputed claims;

**NOW THEREFORE,** pursuant to the terms of an agreement by and between the parties to resolve the claims asserted in this action against Anthropic, Plaintiff and Anthropic now seek to have a dismissal of the claims against Anthropic, entered with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS HEREBY STIPULATED that:

1. All claims alleged as against Anthropic in this action are dismissed with prejudice.

2. Each party bears its own costs and attorneys' fees.

SO STIPULATED.

DATED: May 14, 2026

*Vadym Chernets*
/s/ _____
DR. VADYM CHERNETS

*Plaintiff*

DATED: May 14, 2026            CONRAD | METLITZKY | KANE LLP

*/s/ Grace Yang* _____
GRACE YANG
WILLIAM J. COOPER

*Attorneys for Defendant Anthropic, PBC*

1

# [PROPOSED] ORDER

Pursuant to the stipulation, Plaintiff's claims asserted in the Complaint against Defendant Anthropic, PBC shall be dismissed, *with prejudice*, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: _____          _____
                                        Hon. Ramon E. Reyes, Jr.
                                        U.S. District Court