UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DR. VADYM CHERNETS,

     *Plaintiff*,

     v.

GOOGLE LLC; MICROSOFT CORPORATION;
X.AI CORP.; OPENAI, INC.; ANTHROPIC,
PBC; PERPLEXITY AI, INC.; META
PLATFORMS, INC.; MISTRAL AI; DEEPSEEK
AI; ALIBABA CLOUD; SAMSUNG
ELECTRONICS; AMAZON.COM, INC.;
APPLE, INC.,

     *Defendants*.

Case No. 1:25-cv-05691-RER-RML

Hon. Ramón E. Reyes, Jr., U.S.D.J.
Hon. Robert M. Levy, U.S.M.J.

### **DEFENDANT X.AI CORP.'S NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendant X.AI Corp. hereby moves before the Honorable

Ramón E. Reyes, Jr. for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of

Civil Procedure dismissing the claims asserted against it in the Complaint for lack of Article III

standing and for failure to state a claim upon which relief can be granted. X.AI Corp. is named as

a defendant in this case among various other technology companies, and Plaintiff's allegations

are not specific to X.AI Corp. or its AI service Grok. Accordingly, X.AI Corp. joins the joint

motion to dismiss filed on March 30, 2026 by Defendants Amazon.com, Inc.; Google LLC, Meta

Platforms, Inc.; Alibaba Cloud US LLC; The Microsoft Corporation; Anthropic PBC, and Apple

Inc. ECF No. 69 ("Joint Motion to Dismiss"). In support of X.AI Corp.'s motion, X.AI Corp.

incorporates by reference here the memorandum of law filed in support of the Joint Motion to

Dismiss. ECF No. 69-1.

Dated: May 22, 2026

Respectfully submitted,

By: *Joseph Angelo Iemma*
Joseph A. Iemma
SHOOK HARDY & BACON
1 Rockefeller Plaza, Suite 2801
New York, NY 10020
Telephone: (212) 989-8844
Facsimile: (929) 501-5455
jiemma@shb.com

—&—

Bradley P. Humphreys
(*pro hac vice* forthcoming)
KING STREET LEGAL, PLLC
800 Connecticut Avenue, NW, Suite 300
Washington, DC 20006
Telephone: 202-455-5802
Facsimile: 318-478-9819
brad@kingstlegal.com

*Attorneys for X.AI Corp.*