UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DR. VADYM CHERNETS,<br><br>    *Plaintiff,*<br><br>v.<br><br>GOOGLE LLC; MICROSOFT CORPORATION; X.AI CORP.; OPENAI, INC.; ANTHROPIC, PBC; PERPLEXITY AI, INC.; META PLATFORMS, INC.; MISTRAL AI; DEEPSEEK AI; ALIBABA CLOUD; SAMSUNG ELECTRONICS; AMAZON.COM, INC.; APPLE, INC.,<br><br>    *Defendants.* | Case No. 1:25-cv-05691-RER-RML<br><br>Hon. Ramón E. Reyes, Jr., U.S.D.J.<br>Hon. Robert M. Levy, U.S.M.J. |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY

STIPULATED AND AGREED, by and between Plaintiff Dr. Vadym Chernets and Defendant

X.AI Corp., that, in light of the confidential settlement between the parties, all claims asserted

against X.AI Corp. in the above-captioned action be dismissed with prejudice, with each party to

bear its own costs and attorney's fees.

This stipulation applies only to X.AI Corp., and the action shall continue as against the

remaining defendants.

Dated: June 4, 2026

Respectfully submitted,

By:_____
Vadym Chernets
760 East 10th Street 2G
Brooklyn, NY 11230
info@polyhelper.ai

*Plaintiff, pro se*


By:_____
Joseph A. Iemma
SHOOK HARDY & BACON
1 Rockefeller Plaza, Suite 2801
New York, NY 10020
Telephone: (212) 989-8844
Facsimile: (929) 501-5455
jiemma@shb.com

—&—

Bradley P. Humphreys
KING STREET LEGAL, PLLC
800 Connecticut Avenue, NW, Suite 300
Washington, DC 20006
Telephone: 202-455-5802
Facsimile: 318-478-9819
brad@kingstlegal.com

*Attorneys for X.AI Corp.*